157 A.3d 812

## COLLINGS

v.

## WANG

**Pet. Docket No. 594, Sept.Term, 2016**

Court of Appeals of Maryland.

April 21, 2017

Appeal dismissed by the Court of Special Appeals (Nos. 36 & 579, Sept. Term, 2016).

Petition for writ of certiorari denied

∎

157 A.3d 812

## CRUZ

v.

## MEDFORD

**Pet. Docket No. 548, Sept.Term, 2016**

Court of Appeals of Maryland.

April 21, 2017

Opinion of the Court of Special Appeals unreported (No. 73, Sept. Term, 2014).

Petition for writ of certiorari denied